JS-6

FILED
CLERK, U.S. DISTRICT COURT

November 12, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___T. Gomez___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTHUR VAN SWAIT, ) | Case No. CV 14-08227 DOC (AN) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| R. GROOMS, Warden, ) | |
| Respondent. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: November 6, 2014

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE